OPINION — AG — BECAUSE LOCAL SCHOOL TREASURERS, APPOINTED BY DISTRICT BOARDS OF EDUCATION UNDER 70 O.S. 1980 Supp., 5-114 [70-5-114], ARE PUBLIC OFFICERS RATHER THEN EMPLOYEES, 51 O.S. 1971 8 [51-8] REQUIRES THEM TO RESIDE IN THE DISTRICT THEY SERVE. (RESIDENCY REQUIREMENTS, PUBLIC OFFICERS, SCHOOL AND SCHOOL DISTRICTS) CITE: 70 O.S. 1971, 5-115 [70-5-115], 70 O.S. 1971, 5-116 [70-5-116], 70 O.S. 1977 Supp., 5-138 [70-5-138] (MARY BRYCE LEADER)